IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY P. LANE                                                    Plaintiff

v.                          4:06CV00181 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                           Defendant

**ORDER**

Plaintiff has responded to the Court's Order to indicate to the Court whether he wanted to pursue his complaint, by stating that he does wish to proceed with his lawsuit. (Docket #57)

Plaintiff also notified the Court that he is no longer a resident of the Eastern District of Arkansas, but has moved to Chicago, Illinois. He moves for transfer of this case to the Northen District of Illinois. Although time has passed, Defendant has not replied to the motion. It appears that the motion to transfer is proper and there is no reason this case should not be transferred.

THEREFORE, the Clerk of the Court is directed to transfer this case to the United States District Court for the Northern District of Illinois.

IT IS SO ORDERED.

DATED this 28th day of May, 2009.

_____
Henry L. Jones, Jr.

UNITED STATES MAGISTRATE JUDGE